**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JEFFERY WILLIAMS**                                                                                     **PLAINTIFF**

**v.**                                         **No. 2:08CV207-WAP-DAS**

**"UNKNOWN" TAYLOR, ET AL.**                                             **DEFENDANTS**

## ORDER

This cause is before the court on the defendants' motion for summary judgment (# 17). The court, having reviewed the record and being otherwise fully advised in the premises, finds as follows:

The defendants filed their motion for summary judgment on August 14, 2009. The plaintiff, to date, has filed no response in opposition to the defendants' motion. Accordingly, the plaintiff is to file a response to the defendants' motion for summary judgment within (10) days of this date. Should the plaintiff fail to respond as directed herein, the court will enter a report and recommendation for dismissal of this case for failure to prosecute.

**THEREFORE, IT IS ORDERED** that the plaintiff shall file his response to the defendants' motion for summary judgment within ten (10) days of this date, or on or before October 15, 2009.

This 1st day of October, 2009.

                                                                            **/s/ David A. Sanders**
                                                                            **U. S. MAGISTRATE JUDGE**