IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JEFFERY WILLIAMS                                                                                      PLAINTIFF

V.                                                                                            NO. 2:08CV207-P-S

"UKNOWN" TAYLOR, et al.                                                                         DEFENDANTS

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated October 22, 2009, was on that date duly served by mail upon Plaintiff and Defendants at their last known addresses; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

(1) the Report and Recommendation of the United States Magistrate Judge dated October 22, 2009 (docket entry 22), is hereby APPROVED and ADOPTED as the opinion of the court;

(2) this matter is dismissed in accordance with Fed. R. Civ. P. 4l(b) based on the Plaintiff's failure to appear and comply with orders of the court; and

(3) this matter is CLOSED.

THIS the 6th day of November 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE